### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

WILBERT LEZELL JOHNSON,                                                                             PLAINTIFF
ADC # 84494

v.                                         1:14CV00107-JM-JJV

HUBBARD, Correctional Officer,
Grimes Unit; *et al.*                                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants Hubbard, Gay, Lee, Vernon Robertson, Rilley, Lawson, Justine Minor, Weekly, Raymond Naylor, and Ray Hobbs are DISMISSED without prejudice;

2. Plaintiff is allowed to proceed only with his claim for excessive force against Defendant James Russell;

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 24th day of September, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE