IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILBERT LEZELL JOHNSON,                                                                      PLAINTIFF
ADC # 84494

v.                                           1:14CV00107-JM-JJV

HUBBARD, Correctional Officer,
Grimes Unit; *et al.*                                                                        DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Plaintiff's objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Preliminary Injunction (Doc. No. 8) is DENIED.[1]

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 8th day of October, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] On October 1, 2014, Plaintiff filed a Second Motion for Preliminary Injunction (Doc. No. 12), which is substantially similar to Plaintiff's First Motion for Preliminary Injunction. For the reasons set forth in the Proposed Findings and Partial Recommendation, Plaintiff's Second Motion for Preliminary Injunction (Doc. # 12) is DENIED.