IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILBERT LEZELL JOHNSON,                                             PLAINTIFF
ADC # 84494

v.                          1:14CV00107-JM-JJV

HUBBARD, Correctional Officer,
Grimes Unit; *et al.*                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Notice to the Court and Request for Injunctive Relief (Doc. No. 17) is DENIED.

DATED this 29th day of October, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE